**SEALED**

McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700
(916) 448-2900 FAX

**FILED**

SEP 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | |
| v. ) | 2 0 8 - W - 3 3 3 |
| SEALED, ) | |
| Defendant(s). ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaints and the arrest warrants in the above-referenced case shall be sealed until execution of the arrest warrants.

Dated: 9-19-08

By: _____
~~GREGORY G. HOLLOWS~~ Edmund F. Brennan
United States Magistrate Judge

6