```
LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

FILED

JAN 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-MJ-0333 EFB |
|         Plaintiff, ) | |
|   v. ) | ORDER |
| RALONDRIA STAFFORD, ) | |
|         Defendant. ) | |

Petition having been made to the Court to unseal the above named complaint and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the complaint named above, the Application for Sealing, and the Court's Order sealing the complaint be unsealed.

DATED: Jan. 14, 2009

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate

3